UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LASANCE DOUGLAS, | No. 2:23-cv-00985-CKD P |
| Plaintiff, | |
| v. | ORDER |
| DEEPTHI SURINENI, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.  Several motions are pending before the court.

On March 1, 2024 the court stayed this matter for a period of 120 days for purposes of alternative dispute resolution (ADR).  ECF No. 18.  This same order directed that no pleadings or documents should be filed during the stay of this action that did not pertain to the ADR process. ECF No. 18 at 2.

However, plaintiff filed a motion for summary judgment (ECF No. 19) that was docketed on April 8, 2024.  ECF No. 19.  The motion seeks judgment in plaintiff's favor even before discovery has commenced in this case.  ECF No. 19.

Defendant filed a motion to strike this pleading by plaintiff because it was filed in violation of the court's ADR order and is premature as a discovery and scheduling order has not been issued by the court.  ECF No. 20.

1

Defendant's arguments are well taken. The court will strike plaintiff's motion for summary judgment from the docket because it was filed in violation of a court order. Plaintiff is advised that the court will issue a discovery and scheduling order that includes a deadline for filing motions for summary judgment after discovery has closed.

On April 23, 2024, defendant filed a motion to opt-out of the Post-Screening ADR Pilot Project. ECF No. 21. Upon review of the motion, the court finds good cause to grant defendant's' motion. Therefore, the court will direct defendant to file an answer to plaintiff's first amended complaint.

Accordingly, IT IS HEREBY ORDERED that:

1. Defendant's motion to opt out of the Post-Screening ADR Project (ECF No. 21) is granted.

2. The stay of this action is lifted.

3. Defendant shall file a responsive pleading within thirty days from the date of this order.

4. Defendant's motion to strike plaintiff's summary judgment motion (ECF No. 20) is granted.

5. The Clerk of Court shall strike plaintiff's motion for summary judgment (ECF No. 19) as filed in violation of a court order.

Dated: May 6, 2024

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

12/doug0985.optout+56(d)

2