UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LASANCE DOUGLAS,<br><br>        Plaintiff,<br><br>    v.<br><br>DEEPTHI SURINENI,<br><br>        Defendants. | No. 2:23-cv-0985-CKD P<br><br><br>ORDER |

      A copy of a motion signed by plaintiff seeking a 60-day extension of time to file an opposition or statement of non-opposition to defendant's pending motion was received in the undersigned's email address for proposed orders. It appears plaintiff mailed a copy of the motion to defendant's counsel, but the motion was not filed with this court. Sua sponte, the court will grant plaintiff an extension of time. Plaintiff is reminded to file the opposition or statement of non-opposition with the court and is cautioned that further requests for an extension of time will require a detailed showing of good cause.

/////
/////
/////
/////
/////

1

1  Good cause appearing, IT IS HEREBY ORDERED that plaintiff is granted an extension
2  of time to respond to defendant's motion for summary judgment filed on December 6, 2024;
3  plaintiff's opposition is due within 60 days of the date of this order.
4  Dated: January 15, 2025

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8, doug0985.36msjopp