UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LASANCE DOUGLAS,<br><br>    Plaintiff,<br><br>    v.<br><br>DEEPTHI SURINENI,<br><br>    Defendant. | No.  2:23-cv-0985-CKD P<br><br>ORDER |

On December 6, 2024, defendant filed a motion for summary judgment. (ECF No. 26.) On January 15, 2025, acting sua sponte, the court granted plaintiff an extension of time of 60 days from that date for plaintiff to oppose the motion. (ECF No. 27.) To date, plaintiff has not opposed the motion or otherwise communicated with the court in response to that order.

Good cause appearing, IT IS HEREBY ORDERED that within 21 days from the date of this order, plaintiff shall file either an opposition to the motion for summary judgment or a statement of voluntary dismissal of this action. Failure to comply with this order will result in a recommendation that this action be dismissed pursuant to Federal Rule of Civil Procedure 41(b).

Dated:  May 19, 2025

_/s/ Carolyn K. Delaney_
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8, doug0985.nooppo

1