UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LASANCE DOUGLAS,<br><br>        Plaintiff,<br><br>   v.<br><br>DEEPTHI SURINENI, et al.,<br><br>        Defendants. | No.  2:23-cv-00985-DAD-CKD (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING THIS ACTION DUE TO PLAINTIFF'S FAILURE TO PROSECUTE AND COMPLY WITH COURT ORDERS<br><br>(Doc. No. 26, 29) |

Plaintiff Lasance Douglas is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action brought pursuant to 42 U.S.C. § 1983.  This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On June 17, 2025, the assigned magistrate judge issued findings and recommendations recommending that this action be dismissed, without prejudice, due to plaintiff's failure to prosecute and comply with court orders.  (Doc. No. 29.)  Specifically, on December 6, 2024, remaining defendant Surineni filed a motion for summary judgment in her favor as to plaintiff's remaining Eighth Amendment deliberate indifference claim.  (Doc. No. 26.)  On January 15, 2025, the assigned magistrate judge ordered plaintiff to submit an opposition or statement of non-opposition to that motion within sixty (60) days.  (Doc. No. 27.)  On May 19, 2025, observing

1

1 | that plaintiff still had not opposed the pending motion or communicated with the court, the
2 | magistrate judge *sua sponte* granted plaintiff an additional twenty-one (21) days in which to file
3 | either an opposition to the pending motion for summary judgment or a statement of voluntary
4 | dismissal of this action. (Doc. No. 28 at 1.) Plaintiff was advised that his failure to comply with
5 | that order would result in a recommendation that this action be dismissed. (*Id.*) Plaintiff did not
6 | file a response as directed, nor has he otherwise communicate with the court since his filing of
7 | April 8, 2024, which was stricken by the court. (*See* Doc. Nos. 19, 22.) The pending findings
8 | and recommendations were then served on plaintiff at his address of record and contained notice
9 | that any objections thereto were to be filed within fourteen (14) days after service. (Doc. No. 29
10 | at 2.) To date, no objections to the findings and recommendations have been filed, and the time
11 | in which to do so has now passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

Accordingly:

1. The findings and recommendations issued on June 17, 2025 (Doc. No. 29) are ADOPTED in full;
2. This action is DISMISSED, without prejudice, due to plaintiff's failure to prosecute this action and failure to comply with court orders;
3. Defendant Surineni's pending motion for summary judgment (Doc. No. 26) is DENIED as having been rendered moot by this order; and
4. The Clerk of the Court is directed to CLOSE this case.

IT IS SO ORDERED.

Dated: **July 31, 2025**

*/s/ Dale A. Drozd*
DALE A. DROZD
UNITED STATES DISTRICT JUDGE

2